JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC SAILOR, | ) | NO. CV 20-8808(KS) |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
|     Defendant. | ) | |

Pursuant to the Court's Order,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Date: September 29, 2020

                                Dale S. Fischer
                                United States District Judge